# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1672
Lower Tribunal No. F05-14878C

————————

**Jamel Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Jamel Williams, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.